# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132658

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALPHA CAPITAL MANAGEMENT, INC.,
   Plaintiff-Appellee,

v

             SC: 132658
             COA: 272819
PAUL ROBERT RENTENBACH and DYKEMA  Wayne CC: 06-612418-NO
GOSSETT, P.L.L.C.,
   Defendants-Appellants,
and

MARK E. HAUCK,
   Defendant.

_____/

   On order of the Court, the application for leave to appeal the October 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
         Clerk

t0319